JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Charlie Yee, | ) | LACV 16-02233 JVS (JCx) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL UPON |
| | ) | SETTLEMENT OF CASE |
| v. | ) | |
| | ) | |
| City West Covina, et al, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| _____ | ) | |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: June 22, 2017

                                                                  James V. Selna
                                                United States District Judge